UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL JEROME HATCHETT,<br><br>    Petitioner,<br><br> v.<br><br>GONZALEZ,<br><br>    Respondent. | No.  2:15-cv-1229 CKD P<br><br><br>ORDER |

   Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is presently incarcerated in Los Angeles County which lies within the jurisdiction of the United States District Court for the Central District of California.  He is serving a sentence for a conviction rendered by the Monterey County Superior Court which lies within the jurisdiction of the United States District Court for the Northern District of California.

   While both the United States District Court in the district where petitioner was convicted and where the petitioner is incarcerated have jurisdiction over a § 2254 petition, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the district of conviction.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

/////

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California. Id. at 499 n.15; 28 U.S.C. § 2241(d).

Dated: June 12, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hatc1229.108a